G. Gregory Eagleburger (#002695)
THE EAGLEBURGER LAW GROUP
2999 N. 44th Street, Suite 303
Phoenix, Arizona 85018
Phone: 602.840.6533
Fax: 602.808.9402
Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BUILDING INNOVATION INDUSTRIES, L.L.C., an Arizona limited liability company,<br><br>Plaintiff.<br><br>v.<br><br>YELENA ONKEN, individually and as Personal Representative of the Estate of Ronnie Dale Onken; and SHARI HOWARD, an individual,<br><br>Defendants. | Case No. 06-01859-PHX-NVW<br><br>**RESPONSE TO JOINT MOTION FOR AWARD OF ATTORNEYS' FEES** |

Plaintiff, Building Innovation Industries, L.L.C., hereby responds to the Joint Motion for Award of Attorneys' Fees filed herein and respectfully contends (1) that the Court has no jurisdiction to consider the Motion; and (2) that Defendants have failed to comply with the provisions of Rule 11(c)(1)(A) and Rule 11(c)(2)(B) of the Federal Rules of Civil Procedure which govern any sanctions under that Rule.

The law is well settled in this Circuit that the filing of a Rule 41(a)(1)(i) Voluntary Dismissal ends the court's jurisdiction over the entire case. *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042 (9th Cir. 2001); *Commercial Space Management Company, Inc. v. The Boeing Company, Inc.*, 193 F.3d 1074 (9th Cir. 1999).

"The effect of the filing of a notice of dismissal pursuant to Rule 41(a)(1)(i) 'is to leave the parties as, if no action had been brought.' *Commercial Space Management Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Once the notice of dismissal has been filed the district court loses jurisdiction over the dismissed claims and may not address the merits of such claims or issue further orders pertaining to them. *See Id at 1077 n.4, 1079*." *Duke Energy Trading and Marketing, L.L.C. v. Davis*, 267 F.3d 1042, 1049 (9th Cir. 2001).

Defendants cite two (2) cases in support of their position, *Cooter & Gell v. Hartmarx Corp.* and *Moore v. Pehmanehte Medical Group, Inc.*

The *Moore* case was based upon a motion to remand under 28 U.S.C. §1447(c) which has no application here; no such motion having been made.

The *Cooter* case is based upon the Court's imposition of Rule 11 Sanctions which were requested prior to the dismissal being filed which is not the case here. In this case no Rule 11 Motion for Sanctions was ever filed or threatened prior to dismissal.

Even if Rule 11 relief was sought in the present motion, such is not available. Defendants never attempted to comply with subsection (c)(1)(A) of such Rule which requires a formal request describing the conduct alleged to violate subdivision (b) of Rule 11, at least 21 days before filing such a motion. If the offending document is withdrawn prior to the 21-day period the challenged document is withdrawn, the motion may not even be filed. *See Rule 11( c)(1)(A)*.

Defendants claim application of A.R.S. §12-349, 12-341.01 and 29 U.S.C. §285 but such statutes require a determination of the "prevailing party" on the merits of the case which the jurisdictional effect of a voluntary dismissal precludes.

Additionally, a request under A.R.S. §12-349 specifically prevents assessment of attorneys' fees if a voluntary dismissal is filed within a reasonable time. (A.R.S. 12-349 (c).

The Plaintiff timely filed its voluntary dismissal to end the litigation at an early stage as it was allowed to do.  The Defendants are not allowed to punish the Plaintiff for exercising its legal right to do so.

Therefore, this Court has no jurisdiction to consider the present Motion under the statutes and case law cited and should summarily dismiss the Motion.

RESPECTFULLY SUBMITTED this 5th day of December, 2006.

          THE EAGLEBURGER LAW GROUP

          /s/  G. Gregory Eagleburger
          G. Gregory Eagleburger
          2999 N. 44th Street, Suite 303
          Phoenix, Arizona  85108
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 5, 2006, I caused to be electronically filed the foregoing Response to Joint Motion for Award of Attorneys' Fees with the Clerk of Court for filing and uploading to the CM/ECF system with electronic notice to the following.

ischwartz@dmylphx.com
mcordier@dmylphx.com
sedel@dmylphx.com

Ira M. Schwartz, Esquire
Michael A. Cordier, Esquire
DeCONCINI McDONALD YETWIN & LACY, P.C.
7310 North 16th Street, Suite 330
Phoenix Arizona 85020
*Attorneys for Defendant Yelena Onken*


joe.knight@bakerbotts.com

Joseph R. Knight, Esquire
BAKER BOTTS, L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin Texas 78701
*Attorneys for Defendant Shari Howard*


                                                    /s/ G. Gregory Eagleburger